1  KATHRYN BURKETT DICKSON (SB# 70636)
   EMILY NUGENT (SB# 255048)
2  DICKSON GEESMAN LLP
   1999 Harrison Street, Suite 2000
3  Oakland, CA  94612
   Telephone:  (510) 899-4670
4  Facsimile:  (510) 899-4671
   kathy@dicksongeesman.com
5  emily@dicksongeesman.com

6
   Attorneys for Plaintiff
7  JILL HENDERSON

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12
   | JILL HENDERSON | CASE NO. C 12-4945 MEJ |
13 |
   | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
14 |
   | v. |
15 |
   | CONTRA COSTA COUNTY; OFFICE
16 | OF THE DISTRICT ATTORNEY OF
   | CONTRA COSTA COUNTY; MARK
17 | PETERSON, in his official and in his
   | individual capacity; and DOE 1 - DOE 10,
18 |
   | Defendants. |
19

20     NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a) and pursuant to a

21  settlement agreement between the parties, Plaintiff voluntarily dismisses the above-captioned

22  action with prejudice.

23

24  Dated: December 3, 2012                    DICKSON GEESMAN LLP

25

26                                             By: */s/ Kathryn Burkett Dickson*
                                                   KATHRYN BURKETT DICKSON
27                                                 Attorneys for Plaintiff
                                                   JILL HENDERSON
28
   CASE NO. C 12-4945 MEJ                1         NOTICE OF VOLUNTARY DISMISSAL

[GRANTED stamp — Judge Maria-Elena James]

Dated: 12/4/2012   The Clerk shall close the file.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 1999 Harrison Street, Suite 2000, Oakland, California 94612.

On December 3, 2012, I served the foregoing documents, described as **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties to said action by the following means:

| | |
|---|---|
| ☐ | ( By Facsimile Transmission) By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| ☒ | (By Mail) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California addressed as set forth below. |
| ☐ | ( By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below. |
| ☐ | (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by Federal Express, addressed as shown below. |
| ☐ | (By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addressees shown below. |
| ☐ | (By E-Mail) By electronically transmitting the document(s) listed above, by agreement between the parties, addressed as set forth below. |

Cynthia O'Neill
Liebert Cassidy Whitmore
153 Townsend Street, Suite 520
San Francisco, CA 94107
Direct: 415.512.3040 | Fax: 415.856.0306
Attorneys for Defendants

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2012, at Oakland, California.

*/s/ Petra Wach*
Petra Wach

CASE NO. C 12-4945 MEJ                              2                         NOTICE OF VOLUNTARY DISMISSAL