| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (SB# 70636) |
|   | EMILY NUGENT (SB# 255048) |
| 2 | DICKSON GEESMAN LLP |
|   | 1999 Harrison Street, Suite 2000 |
| 3 | Oakland, CA  94612 |
|   | Telephone:  (510) 899-4670 |
| 4 | Facsimile:  (510) 899-4671 |
|   | kathy@dicksongeesman.com |
| 5 | emily@dicksongeesman.com |

Attorneys for Plaintiff
JILL HENDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL HENDERSON | CASE NO. C 12-4945 MEJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CONTRA COSTA COUNTY; OFFICE OF THE DISTRICT ATTORNEY OF CONTRA COSTA COUNTY; MARK PETERSON, in his official and in his individual capacity; and DOE 1 - DOE 10, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a) and pursuant to a settlement agreement between the parties, Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: December 3, 2012                                    DICKSON GEESMAN LLP

                                                           By: */s/ Kathryn Burkett Dickson*
                                                                KATHRYN BURKETT DICKSON
                                                                Attorneys for Plaintiff
                                                                JILL HENDERSON

CASE NO. C 12-4945 MEJ                              1              NOTICE OF VOLUNTARY DISMISSAL

[Court seal: GRANTED, Judge Maria-Elena James, United States District Court Northern District of California]

Dated: 12/4/2012   The Clerk shall close the file.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 1999 Harrison Street, Suite 2000, Oakland, California  94612.

On December 3, 2012, I served the foregoing documents, described as **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties to said action by the following means:

| | |
|---|---|
| ☐ | ( By Facsimile Transmission) By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| ☒ | (By Mail) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California addressed as set forth below. |
| ☐ | ( By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below. |
| ☐ | (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by Federal Express, addressed as shown below. |
| ☐ | (By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addressees shown below. |
| ☐ | (By E-Mail) By electronically transmitting the document(s) listed above, by agreement between the parties, addressed as set forth below. |

Cynthia O'Neill  
Liebert Cassidy Whitmore  
153 Townsend Street, Suite 520  
San Francisco, CA 94107  
Direct: 415.512.3040 | Fax: 415.856.0306  
Attorneys for Defendants

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2012, at Oakland, California.

*/s/ Petra Wach*  
Petra Wach

CASE NO. C 12-4945 MEJ                         2                    NOTICE OF VOLUNTARY DISMISSAL